UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05M-1043-JGD |
| ) | |
| TYRONE BATTLE, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE OF ANTOINETTE E.M. LEONEY**

I hereby give notice of my appearance for the United States of America in this matter in lieu of Assistant United States Attorney James F. Lang, who has this day filed a *Notice of Withdrawal* with the Court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Antoinette E.M. Leoney
ANTOINETTE E.M. LEONEY
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Date: February 23, 2005

CERTIFICATE OF SERVICE

Suffolk, ss.                                       Boston, Massachusetts
                                                   February 23, 2005

I, Antoinette E.M. Leoney, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing by hand, to Mark Shea, Esq., 47 Third Street, Suite 201, Cambridge, MA 02141-1265.

/s/ Antoinette E.M. Leoney
ANTOINETTE E.M. LEONEY