```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
v.                          ) CRIMINAL NO. 05M-1043-JGD
                            )
TYRONE BATTLE,              )
                            )
        Defendant.          )
```

### NOTICE OF WITHDRAWAL OF JAMES F. LANG

I hereby give notice of my withdrawal for the United States of America in the above-captioned matter, *in lieu* of Assistant United States Attorney Antoinette E.M. Leoney, who has this day filed a *Notice of Appearance* with the Court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
JAMES F. LANG
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Date: February 22, 2005

### CERTIFICATE OF SERVICE

Suffolk, ss.                          Boston, Massachusetts
                                      February 23, 2005

I, James F. Lang, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing by hand, to Mark Shea, Esq., 47 Third Street, Suite 201, Cambridge, MA 02141-1265.

_____
JAMES F. LANG