# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    V.                                 MAGISTRATE JUDGE'S DOCKET NO. 05M1043JGD

TYRONE BATTLE.

## ORDER PURSUANT TO RULE 5.1(a), FED. R. CRIM. P.

COLLINGS, U.S.M.J.

    A preliminary examination pursuant to Rule 5.1, Fed.R.Crim.P. was held on February 23, 2005 before the undersigned. The defendant was present represented by counsel.

    On the basis of the evidence presented at the hearing, I find that there is probable cause to believe that the defendant committed the crime with which he is charged in the Complaint.

    Accordingly, pursuant to Rule 5.1(a), Fed.R.Crim.P., it is ORDERED that the defendant be, and he hereby is, held to answer in the District Court.

Pursuant to Rule 5.1(c), Fed.R.Crim.P., all papers in the above-styled case are TRANSMITTED herewith to the District Court.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

February 23, 2005.