AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

USA

V.

TYRONE BATTLE

**EXHIBIT AND WITNESS LIST**

Case Number: 05-M-1043-JDG

| PRESIDING JUDGE<br>JUDITH G. DIEN | PLAINTIFF'S ATTORNEY<br>LEONEY | DEFENDANT'S ATTORNEY<br>SHEA |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY<br>NOREEN A. RUSSO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |   | 2.23.05 | X | X | BOSTON POLICE MIRANDA WARNING |
| 2 |   | 2.23.05 | X | X | BOSTON POLICE ELECTRONIC FORM |
| 3 |   | 2/23/05 | X | X | BOSTON POLICE INCIDENT REPORT |
| 4 |   | 2.23.05 | X | X | CORI FOR T. BATTLE |
|   | 5 | 2.23.05 | X | X | FIREARMS UNIT REPORT |
|   |   |   |   |   |   |
|   |   |   |   |   | Witness: Lisa Rudnicki – ATF. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages