AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

TYRONE BATTLE
15 Dunlap Street, First-floor Apartment
Dorchester, MA

**WARRANT FOR ARREST**

CASE NUMBER: 05M-1043-JGD

2005 FEB 17 P 4: 49
RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Tyrone Battle _____
                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
being a previously convicted felon in possession of a firearm and ammunition

in violation of Title ___18___ United States Code, Section(s) ___922(g)(1)___

JUDITH G. DEIN
Name of Issuing Officer

/s/ Judith Dein
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

02-17-2005  Boston, MA
Date and Location

Bail fixed at $ _____ by _____
                                  Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY ATF
V ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 2/17/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.